## 89-OR-806

Tyrone C. COOPER, Petitioner v. STATE of South Carolina, Respondent.
(382 S. E. (2d) 910)

Supreme Court

*Asst. Appellate Defender Tara D. Shurling, South Carolina Office of Appellate Defense,* Columbia, *for petitioner.*

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. Donald J. Zelenka* and *Asst. Atty. Gen. Frank. L. Valenta, Jr.,* all of Columbia, *for respondent.*

Aug. 7, 1989.

## ORDER

The writ of certiorari issued in this matter is dismissed as improvidently granted.